UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

QUINN CHATTERTON,

        Defendant.

_____/

Case No. 2:26-cr-00008

Hon. Jane M. Beckering
U.S. District Judge

## ORDER FOR DETENTION

Defendant Chatterton appeared before the undersigned for an arraignment on April 24, 2026.  For reasons stated on the record, Defense counsel reserved the issue of detention in this case and may request a hearing regarding detention in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated:  April 24, 2026

          /s/ *Maarten Vermaat*
          MAARTEN VERMAAT
          U.S. MAGISTRATE JUDGE