UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

QUINN CHATTERTON,
JUSTIN BRUCE,
[redacted]

Defendants.
_______________________________/

Case No. 2:26-cr-8
Hon. JANE M. BECKERING
U.S. District Judge

**SUPERSEDING INDICTMENT**

The Grand Jury charges:

**COUNT 1**
(Methamphetamine Conspiracy)

Beginning in or about July 2025, and continuing to in or about March 2026, in Mackinac County, in the Northern Division of the Western District of Michigan, and elsewhere, the defendants,

**QUINN CHATTERTON,**
**JUSTIN BRUCE,**
[redacted]

knowingly and intentionally combined, conspired, confederated, and agreed with each other and other persons known and unknown to the Grand Jury to distribute and to possess with intent to distribute methamphetamine, a Schedule II controlled substance.

Concerning defendants CHATTERTON, BRUCE, and [redacted] the Grand Jury further alleges that the amount of methamphetamine involved in the conspiracy was 50 grams or more of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), (b)(1)(C)
21 U.S.C. § 846

**COUNT 2**

(Possession with Intent to Distribute Methamphetamine)

On or about February 26, 2026, in Mackinac County, in the Northern Division of the Western District of Michigan, and elsewhere, the defendant,

**QUINN CHATTERTON,**

knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, which was found in a Kia Soul the defendant was driving.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)

**COUNT 3**
(Possession with Intent to Distribute Methamphetamine)

Between on or about February 25, 2026, and on or about February 26, 2026, in Mackinac County, in the Northern Division of the Western District of Michigan, the defendant,

**QUINN CHATTERTON,**

knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, which was found in the defendant's residence.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)

**<u>COUNT 4</u>**
(Felon in Possession of a Firearm)

Between on or about February 25, 2026, and on or about February 26, 2026, in Mackinac County, in the Northern Division of the Western District of Michigan, the defendant,

**QUINN CHATTERTON,**

knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed a black Ruger model 10/22, .22 caliber semi-automatic rifle, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)

## Forfeiture Allegation
(Felon in Possession of a Firearm)

The allegations contained in Count 4 are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c). Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1) set forth in Count 4, the defendant,

**QUINN CHATTERTON,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the offense, including, but not limited to, a black Ruger model 10/22, .22 caliber semi-automatic rifle with serial number 0024-89409.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

HANNA L. RUTKOWSKI
Assistant United States Attorney